MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AUTUMN R. PORTER (CASBN 240750)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-6394
    Email: autumn.veatch@us.army.mil

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.:   11-00452 HRL |
| Plaintiff, | MOTION TO DISMISS |
| vs. | |
| STEVEN R. TANKERSLEY, | |
| Defendant. | |

1. The United States moves that Count One of the Information filed on July 5, 2011, against the above named defendant, be dismissed.

2. The United States makes this motion in the interests of Justice.

                                         MELINDA HAAG
                                         United States Attorney

                                         /S/
                                         AUTUMN R. PORTER
                                         Special Assistant United States Attorney

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: September 23, 2011

                                         PAUL S. GREWAL
                                         United States Magistrate Judge